■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HANS JOCHEN WARNCKE, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■    HAZEL DORETY, as Guardian ad Litem of GERALD H. DORETY, an Infant, Appellant, v. ERNEST F. NORTON, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■    In the Matter of JOHN D. YOUNG, Individually and as Executive Director and a Member of the Board of Managers of the Watson Homestead, and as Executive Director of The Watson Religious Scholarship Fund, and as Executive Director and Ex-Officio Member of the Board of Trustees of the Watson Homestead and The Watson Religious Scholarship Fund, et al.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, and file and serve record and brief on or before August 15, 1960 and are ready for argument at the September Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■    GEORGE McDOUGALD, Appellant, v. HENRY NEARING et al., Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■    In the Matter of the Claim of CATHERINE JADLOWSKI, Appellant, against JOHN V. O'CONNELL et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to vacate notice of appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.